# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TERESA L. WALLIN  
4313 CHESTERFIELD AVE.  
ROCKFORD, IL 61109

SSN-xxx-xx-3220

Case Number: 04-75079

Case filed on: 10/12/2004  
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $22,306.74  

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 204 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 206 | THE RAMSEY LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 210 | KROPIK PAPUGA & SHAW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TERESA L. WALLIN | 0.00 | 0.00 | 602.88 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 602.88 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 2,115.52 | 226.46 | 226.46 | 0.00 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 14,100.00 | 14,100.00 | 14,100.00 | 4,568.42 |
| 014 | HOMECOMINGS FINANCIAL NETWORK | 800.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 17,015.52 | 14,326.46 | 14,326.46 | 4,568.42 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 3,120.10 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PREMIER BANKCARD/CHARTER | 388.01 | 0.00 | 0.00 | 0.00 |
| 005 | HEIGHTS FINANCE | 630.48 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 471.13 | 0.00 | 0.00 | 0.00 |
| 007 | MERRICK BANK | 839.24 | 0.00 | 0.00 | 0.00 |
| 008 | ROCK VALLEY FEDERAL CREDIT UNION | 5,070.91 | 0.00 | 0.00 | 0.00 |
| 009 | TERRY P. WALLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HOMECOMINGS FINANCIAL | 113,355.60 | 0.00 | 0.00 | 0.00 |
| 011 | BANK OF AMERICA NA | 42,260.21 | 0.00 | 0.00 | 0.00 |
| 012 | ADVANCE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PATRICK AND TIFFANY NOWLING | 37,100.00 | 0.00 | 0.00 | 0.00 |
| 015 | FOCUS RECEVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 203,235.68 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 221,615.20 | 15,690.46 | 16,293.34 | 4,568.42 |

Total Paid Claimant: $20,861.76  
Trustee Allowance: $1,444.98  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 01/23/2009    By /s/Heather M. Fagan